Marc D. Haefner
Carmen I. Abrazado
Walsh Pizzi O'Reilly LLP
Three Gateway Center
100 Mulberry Street, Floor 15
Newark, New Jersey 07102
Tel: (973) 757-1100
mhaefner@walsh.law
cabrazado@walsh.law

*Attorneys for Plaintiff Trinity Acquisitions Group, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRINITY ACQUISITIONS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC COMMERCE GROUP LLC, EVREN KONAKCI, and MATTEO MAMERI,<br><br>Defendant. | Civ. A. No.: ____________________<br><br>**VERIFIED COMPLAINT**<br><br>JURY TRIAL DEMANDED |

Plaintiff Trinity Acquisitions Group, LLC ("Plaintiff" or "Trinity"), by and through its undersigned attorneys, brings this action against defendants Pacific Commerce Group LLC ("Pacific Commerce"), Evren Konakci ("Konakci"), and Matteo Mameri ("Mameri") (collectively, "Defendants"), and hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for infringement of Trinity's common law trademarks GUARD SURVIVAL and AQUA-GS1, its GUARD SURVIVAL logo, and its trade dress, and for false designation of origin and unfair competition, under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

2. Trinity sells gravity-assisted water filtration systems to the public under the GUARD SURVIVAL and AQUA-GS1 marks.

3. Defendants are selling an essentially identical gravity-assisted water filtration product under the identical name AQUA-GS1 and the confusingly similar brand SURVIVAL VAULT, using a logo and trade dress that are substantially similar to Trinity's, on a website that copies the look of Trinity's website down to the use of the same product photograph.

4. Trinity notified Defendants of its rights by letter dated November 10, 2026, and demanded that Defendants cease their infringing conduct no later than November 13, 2026.

5. That letter was delivered to Pacific Commerce Group's registered agent on November 11, 2026.

6. As of the date of this Complaint, Defendants have not complied with that demand and continue to sell infringing goods.

7. Because each day of continued infringement diverts sales, confuses consumers, and strips Trinity of control over its reputation and goodwill, Trinity seeks, by Order to Show Cause, a preliminary injunction, as well as permanent injunctive relief and other relief as set out below.

## THE PARTIES

8. Plaintiff Trinity Acquisitions Group, LLC is a limited liability company organized and existing under the laws of the State of California and with a principal place of business at 11317 E Desert Vista Road, Scottsdale, AZ 85255.

9. Upon information and belief, defendant Pacific Commerce Group LLC is a limited liability company organized under the laws of the State of Wyoming that may be served through its registered agent, Registered Agents Inc., 30 N. Gould Street, Suite R, Sheridan, Wyoming 82801.

10. Upon information and belief, Pacific Commerce operates the website located at trysurvivalvault.com through which it advertises, offers for sale, and sells the infringing goods described below.

11. Upon information and belief, Pacific Commerce does not place any geographic restrictions on who can view its advertisements or buy its products from any online platforms including its website at trysurvivalvault.com.

12. Upon information and belief, Defendant Evren Konakci is an individual who is an owner, member, manager, and/or officer of Pacific Commerce

who directs, controls, authorizes, approves, and actively participates in the infringing activities described below.

13. Upon information and belief, defendant Matteo Mameri is an individual who is an owner, member, manager, and/or officer of Pacific Commerce who directs, controls, authorizes, approves, and actively participates in the infringing activities described below.

## JURISDICTION & VENUE

14. This Court has subject matter jurisdiction over this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and (b), because Trinity's claims arise under the Lanham Act, 15 U.S.C. § 1051 et seq.

15. This Court has personal jurisdiction over Defendants because Defendants have purposefully directed their infringing conduct at New Jersey by advertising, offering for sale, selling, and shipping the infringing goods to consumers in New Jersey through an interactive website, and Trinity's claims arise out of those contacts.

16. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to Trinity's claims, including the sale of infringing goods to New Jersey consumers and the resulting consumer confusion and injury, occurred in this District.

## FACTS COMMON TO ALL COUNTS

### A. Trinity and Its GUARD SURVIVAL and AQUA-GS1 Marks, Logo, and Trade Dress

17. Trinity is engaged in selling gravity-assisted water filtration systems to the public.

18. Trinity is the owner of the trademarks GUARD SURVIVAL and AQUA-GS1 (collectively, the "Trinity Marks") and the logo used with the GUARD SURVIVAL mark (the "Trinity Logo"), all of which Trinity uses in connection with its gravity-assisted water filtration systems.

19. Trinity is also the owner of the trade dress of its AQUA-GS1 product (the "Trinity Trade Dress"). The Trinity Trade Dress consists of the color and styling of the AQUA-GS1, namely the distinctive combination of shape, color scheme, graphics, layout, and overall appearance of the goods and their packaging, including:

a. Bright blue 1-gallon cylindrical bag to contain water with black top closure and hanging hardware and bold italicized capital letters in white spelling out:

   1 GAL<br>GRAVITY-FED<br>WATER SYSTEM

b. Aqua blue 0.1 micron filter;

c. Black loop with carabiner to hang the water bag; and

d. Frosted colorless water collection pouch.

**Representative images of the Trinity Marks, Trinity Logo, and Trinity Trade Dress are attached hereto as Exhibit A.**

**20.** Trinity has applied to register the Trinity Marks with the United States Patent and Trademark Office. Those applications, Serial Nos. 50133811 and 50057021, are pending. Serial No. 50133811 covers GUARD SURVIVAL and Serial No. 50057021 covers AQUA-GS1. **True and correct copies of the registration entries on the tmsearch.USPTO.gov for Serial Numbers 50133811 and 50057021 are attached hereto as Exhibit B.**

21. Trinity has used the Trinity Marks, the Trinity Logo, and the Trinity Trade Dress in commerce in the United States in connection with its gravity-assisted water filtration systems continuously for more than five months, since at least as early as June 2026, long before Defendants began their infringing use.

22. During that time, Trinity has run more than 400 advertisements on a variety of platforms, including Facebook, Instagram, and TikTok, promoting its goods under the Trinity Marks, Trinity Logo, and Trinity Trade Dress, and has spent approximately $5.7 million doing so.

23. Trinity has made sales in excess of $8,000,000 of goods sold under the Trinity Marks, Trinity Logo, and Trinity Trade Dress to consumers throughout

the United States, including in New Jersey, principally through its website at guardsurvival.com and social media platforms.’

24. The Trinity Marks are inherently distinctive as applied to water filtration systems. GUARD SURVIVAL and AQUA-GS1 do not describe the ingredients, qualities, or characteristics of Trinity’s goods, and AQUA-GS1, in particular, is a coined designation.

25. As a result of Trinity’s extensive advertising, substantial sales, and the high quality of its goods, the Trinity Marks, the Trinity Logo, and the Trinity Trade Dress have become widely known throughout the United States. Consumers closely identify them with Trinity as the single source of the goods, and they represent substantial and valuable goodwill belonging exclusively to Trinity. The Trinity Trade Dress has thereby acquired secondary meaning: its primary significance to consumers is to identify Trinity as the source of the goods rather than the goods themselves.

26. The Trinity Trade Dress is non-functional. Its color, styling, graphic, and layout features are not essential to the use or purpose of the goods, do not affect their cost or quality, and serve only to identify Trinity as their source.

27. Competitors can and do sell gravity-assisted water filtration systems using other colors, styling, graphics, and layouts.

**B. Defendants' Infringing Conduct**

28. In October 2026, without Trinity's authorization, and after Trinity acquired rights in the Trinity Marks, Trinity Logo, and Trinity Trade Dress, Defendants began using the marks AQUA-GS1 and SURVIVAL VAULT (the "Infringing Marks"), a logo substantially similar to the Trinity Logo (the "Infringing Logo"), and trade dress substantially similar to the Trinity Trade Dress (the "Infringing Trade Dress") in connection with the advertising, offering for sale, and sale of a gravity-assisted water filtration system (the "Infringing Product").

29. Defendants' AQUA-GS1 mark is identical to Trinity's AQUA-GS1 mark. Defendants use AQUA-GS1 as the name of their gravity-assisted water filtration system, promoting it as delivering "Clean water from any freshwater source. No pump, no power."

30. Defendants' SURVIVAL VAULT mark is deceptively similar to Trinity's GUARD SURVIVAL mark. Both marks contain the identical dominant term SURVIVAL, paired with a five-letter word with similar consonant-vowel layouts connoting protection and safekeeping, and both are used as the house brand for the same goods.

31. The Infringing Logo's overall design is substantially similar to the Trinity Logo and is nearly indistinguishable when glanced at in passing on a small

screen, which is how many consumers encounter the parties' online advertising and websites.

32. Defendants' website highlights the name AQUA-GS1 and copies the look of Trinity's website, down to the use of the same product photograph. **True and correct screen captures of the landing pages for Defendants' website and Trinity's website are attached hereto as Exhibit C.**

33. The Infringing Product is essentially identical to Trinity's goods. The Parties' goods directly compete, are offered through the same online channels of trade—including Instagram—and advertising media, and are marketed to the same consumers.

34. Upon information and belief, Defendants' adoption and use of Trinity's Marks caused customers to become confused.

35. The Infringing Product is a relatively inexpensive consumer product advertised (and on information and belief) purchased online, often on a mobile device and on impulse, by ordinary consumers who are unlikely to exercise a high degree of care in distinguishing among sources.

36. Upon information and belief, Defendants adopted the Infringing Marks, Infringing Logo, and Infringing Trade Dress with knowledge of Trinity's prior rights and with the deliberate intent to trade on Trinity's reputation and

goodwill, as shown by their adoption of Trinity's identical AQUA-GS1 product name and their copying of Trinity's website, including its product photograph.

37. Upon information and belief, defendants Konakci and Mameri personally directed, authorized, approved, and actively participated in the adoption and use of the Infringing Marks, Infringing Logo, and Infringing Trade Dress and the sale of the Infringing Product, including by registering or operating the website, approving its content, and/or placing advertising.

**C. Trinity's Demand and Defendants' Continued Infringement**

38. On November 10, 2026, Trinity's counsel sent a cease-and-desist letter to Defendants by Federal Express, addressed to Defendants c/o Registered Agents Inc., 30 N. Gould Street, Suite R, Sheridan, Wyoming 82801 (Tracking Number 879934461869), and by email to Support@trysurvivalvault.com. **A true and correct copy of that letter with proof of Fed Ex delivery is attached hereto as Exhibit D.**

39. The letter demanded that Defendants, no later than Friday, November 13, 2026: (a) cease and desist from all further use of AQUA-GS1, SURVIVAL VAULT, the infringing logo, the infringing trade dress, and any other designation likely to cause confusion with Trinity's marks, logo, or trade dress; (b) destroy all materials bearing those designations; and (c) provide a full and accurate accounting of all gross revenues, sales, and profits derived from their use. The letter further

demanded written confirmation of intent to comply by the close of business on Thursday, November 12, 2026.

40. The cease-and-desist letter was delivered to Pacific Commerce's registered agent on November 11, 2026.

41. Defendants did not respond to the letter by either deadline. As of the date of this Verified Complaint, Defendants continue to advertise, offer for sale, and sell the Infringing Product under the Infringing Marks, Infringing Logo, and Infringing Trade Dress, as confirmed by Trinity's review of Defendants' website on November 19, 2026.

42. Defendants' conduct has caused and is likely to cause confusion, mistake, and deception among consumers as to the source or origin of the Infringing Product, and is likely to deceive consumers into believing, mistakenly, that the Infringing Product originates from, or is associated, affiliated, or connected with, or sponsored or approved by, Trinity

43. Defendants' conduct is causing immediate and irreparable harm to Trinity.

44. Trinity expects to make approximately 50% of its yearly sales of AQUA-GS1 between and around Friday, November 27 ("Black Friday"), and Monday, November 30, 2026 ("Cyber Monday"), due to the regular and significant increase in internet commerce at that time.

45. Trinity has lost, and is losing, control over its reputation and goodwill, because consumers who purchase the Infringing Product believing it to be Trinity's associate its quality and Defendants' customer service with Trinity.

46. Defendants' conduct is also diverting sales from Trinity in amounts that cannot be readily calculated.

47. Trinity has no adequate remedy at law.

48. Emergency relief by Order to Show Cause, rather than by ordinary notice of motion, is necessary because Defendants are continuing to sell the Infringing Product online every day, the confusion and loss of goodwill compound with each sale and each advertisement, Defendants have ignored Trinity's written demand, and the harm to Trinity's reputation and goodwill will occur before a motion on the ordinary schedule could be heard. Trinity moved promptly, filing this action within days after the expiration of the deadline set in its November 10, 2026 letter.

**COUNT I**
*(Trademark Infringement and False Designation of Origin,*
*15 U.S.C. § 1125(a), as to the Trinity Marks and Trinity Logo)*

49. Trinity repeats and realleges paragraphs 1 through 48 as if fully set forth herein.

50. The Trinity Marks and the Trinity Logo are valid and legally protectable, and Trinity owns them by virtue of its prior and continuous use in commerce.

51. Defendants' unauthorized use in commerce of the Infringing Marks and the Infringing Logo in connection with the advertising, offering for sale, and sale of the Infringing Product is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Defendants with Trinity, and as to the origin, sponsorship, or approval of Defendants' goods, and constitutes infringement, false designation of origin, and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

52. Defendants' conduct is knowing, intentional, and willful.

53. Defendants Konakci and Mameri are personally liable for these violations because they personally authorized, approved, and actively participated in them.

54. Defendants' conduct has caused and, unless restrained by this Court, will continue to cause immediate and irreparable injury to Trinity's goodwill and reputation, for which Trinity has no adequate remedy at law.

55. Trinity is entitled to injunctive relief under 15 U.S.C. § 1116(a).

56. Trinity is further entitled to recover Defendants' profits, Trinity's damages, enhanced damages, the costs of the action, and, in this exceptional case, reasonable attorneys' fees under 15 U.S.C. § 1117(a).

WHEREFORE, Plaintiff demands that judgment be entered against Defendants, Konakci, Mameri, and Pacific Commerce Group LLC.

## <u>COUNT II</u>

*(Trade Dress Infringement, 15 U.S.C. § 1125(a))*

57. Trinity repeats and realleges paragraphs 1 through 56 as if fully set forth herein.

58. The Trinity Trade Dress is non-functional, has acquired distinctiveness through secondary meaning, and is owned by Trinity.

59. Defendants' unauthorized use in commerce of the Infringing Trade Dress, which is substantially similar to the Trinity Trade Dress, in connection with essentially identical goods is likely to cause confusion, mistake, or deception as to the source, origin, sponsorship, or approval of Defendants' goods, and constitutes trade dress infringement in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

60. Defendants' conduct is knowing, intentional, and willful, and defendants Konakci and Mameri personally authorized, approved, and actively participated in it.

61. Defendants' conduct has caused and, unless restrained by this Court, will continue to cause immediate and irreparable injury to Trinity, for which Trinity has no adequate remedy at law.

62. Trinity is entitled to injunctive relief under 15 U.S.C. § 1116(a).

63. Trinity is further entitled to recover Defendants' profits, Trinity's damages, enhanced damages, the costs of the action, and, in this exceptional case, reasonable attorneys' fees under 15 U.S.C. § 1117(a).

WHEREFORE, Plaintiff demands that judgment be entered against Konakci, Mameri, and Pacific Commerce Group LLC.

## PRAYER FOR RELIEF

WHEREFORE, Trinity respectfully requests that the Court enter judgment in its favor and against Defendants, jointly and severally, as follows:

A. Entering an Order to Show Cause, in the form submitted herewith, why a preliminary injunction should not issue;

B. Preliminarily and permanently enjoining Defendants, their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of the order, from:

1. using AQUA-GS1, SURVIVAL VAULT, the Infringing Logo, the Infringing Trade Dress, or any other mark, name, logo, or trade dress

that is confusingly similar to the Trinity Marks, the Trinity Logo, or the Trinity Trade Dress, in connection with the advertising, promotion, offering for sale, or sale of water filtration systems or related goods;

2. using the product photographs, images, or website content copied from Trinity;

3. representing, directly or by implication, that Defendants or their goods are affiliated with, connected to, or sponsored or approved by Trinity; and

4. assisting, aiding, or abetting any other person or entity in engaging in any of the foregoing acts;

C. Directing Defendants to destroy all materials in their possession, custody, or control bearing AQUA-GS1, SURVIVAL VAULT, the Infringing Logo, the Infringing Trade Dress, or any designation likely to cause confusion with the Trinity Marks, Trinity Logo, or Trinity Trade Dress;

D. Directing Defendants, under 15 U.S.C. § 1116(a), to file with the Court and serve on Trinity, within thirty days after service of any injunction, a written report under oath setting forth in detail the manner and form in which Defendants have complied;

E. Directing Defendants to account for and pay over to Trinity all gross revenues, sales, and profits derived from their use of AQUA-GS1, SURVIVAL VAULT, the Infringing Logo, and the Infringing Trade Dress, under 15 U.S.C. § 1117(a);

F. Awarding Trinity its actual damages, increased up to three times as the Court finds just, under 15 U.S.C. § 1117(a);

G. Declaring this an exceptional case and awarding Trinity its reasonable attorneys' fees, together with the costs of this action, under 15 U.S.C. § 1117(a);

H. Awarding prejudgment and post-judgment interest; and

I. Granting such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Dated: November 20, 2026

Respectfully submitted,

Marc D. Haefner
Carmen I. Abrazado
Walsh Pizzi O'Reilly LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
mhaefner@walsh.law
cabrazado@walsh.law

*Attorney for Plaintiff Trinity Acquisitions Group, LLC*

Docusign Envelope ID: 39D795D0-ADBB-81BC-83F2-6F6ED70DB273


# VERIFICATION

I, Layton Schwenning, declare as follows:

1. I am the Co-Founder of Plaintiff Trinity Acquisitions Group, LLC, and I am authorized to make this Verification on its behalf.

2. I have read the foregoing Verified Complaint. The factual allegations concerning Trinity and its own acts are true of my own personal knowledge or based on Trinity's business records maintained in the ordinary course, and the allegations made upon information and belief I believe to be true.

3. I have reviewed the Exhibits attached to the foregoing Verified Complaint. The Exhibits attached thereto are true and accurate copies of the documents as they purport to be,

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Executed on November 20, 2026

Signed by:
Layton Schwenning
B976C5515A0D44C...

Layton Schwenning

For Plaintiff Trinity Acquisitions Group, LLC

**LOCAL RULE 201.1 CERTIFICATION**

I hereby certify that the above-captioned matter is not subject to compulsory arbitration in that the Plaintiff seeks, *inter alia*, injunctive relief.

Dated: November 20, 2026

Marc D. Haefner
Walsh Pizzi O'Reilly LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
mhaefner@walsh.law

*Attorney for Plaintiff, Trinity Acquisitions Group, LLC*

## LOCAL RULE 11.2 CERTIFICATION

I hereby certify that, to the best of my knowledge, the matter in controversy is not the subject of any other pending litigation in any court, administrative proceeding, or arbitration proceeding, nor are there any non-parties known to Plaintiff that should be joined to this action.

Dated: November 20, 2026

Marc D. Haefner
Walsh Pizzi O'Reilly LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
mhaefner@walsh.law

*Attorney for Plaintiff, Trinity Acquisitions Group, LLC*

# EXHIBIT A


Guard Survival
https://guardsurvival.com
iManage Work
Orion Law Orion L...
Westlaw Sign In | T...
Box
Walsh Intranet - H...
iManage Share
NHC CommPortal...
Sign In | ADP WFN...
CE Manager
Law.com
Law360
ECourts Login
Motion Days | NJ C...
NJ Court Motion R...
Chat
Early Black Friday Sale | Up to 65% Off + Free Shipping
Home
Shop All
Track Your Order
Contact Us
GUARD SURVIVAL
VETERAN OWNED & OPERATED
When the Water Stops Flowing,
Be Ready.
The AQUA-GS1 turns rivers, lakes, and rainwater into safe drinking water — no power, no batteries, no chemicals. Just clean water when your family needs it most.
17,000+
5-STAR REVIEWS
99.99%
CONTAMINANTS REMOVED
1,500 Gal
PER FILTER
SHOP NOW →
MILITARY GRADE TECHNOLOGY
VETERAN OWNED & OPERATED
1 GAL
GRAVITY-FED WATER SYSTEM
1,500+ LITERS OF CLEAN WATER PER FILTER
BUILT TO WITHSTAND THE TOUGHEST CONDITIONS
TRUSTED BY VETERANS & FIRST RESPONDERS
Survival Starts With Water
© GUARD SURVIVAL
Shop with AI
Search
56°F
Sunny
9:31 AM
11/20/2026

AQUA-GS1 Survival Kit – Guard Su

https://guardsurvival.com/products/aqua-gs1

iManage Work | Orion Law Orion L... | Westlaw Sign In | T... | Box | Walsh Intranet - H... | iManage Share | NHC CommPortal... | Sign In | ADP WFN... | CE Manager | Law.com | Law360 | ECourts Login | Motion Days | NJ C... | NJ Court Motion R...

Early Black Friday Sale | Up to 65% Off + Free Shipping

Home | Shop All | Track Your Order | Contact Us

**GUARD SURVIVAL**




What tools are included in this kit?

Save $19.01 off the original price

**Excellent** 17,000+ Reviews

# AQUA-GS1 Survival Kit

The AQUA-GS1 uses a power-free, lab-tested, 4-stage micro-filtration system to turn rivers, lakes, and rainwater into safe drinking water for your family instantly.

- Works when the power grid fails
- Removes 99.99% of contaminants
- Never expires, backed for life
- Provides up to 1,500 gallons of clean water
- Scientifically developed & lab-tested
- Ultra-light & portable

**Single Pack**
**$79.99**
~~$99.00~~

**Two Pack**
**$139.99**
~~$198.00~~

MOST POPULAR
**Three Pack**

**Family Pack**

Search

56°F
Sunny

9:32 AM
11/20/2026

AQUA-GS1 Survival Kit – Guard Su

https://guardsurvival.com/products/aqua-gs1

iManage Work | Orion Law Orion L... | Westlaw Sign In | T... | Box | Walsh Intranet - H... | iManage Share | NHC CommPortal... | Sign In | ADP WFN... | CE Manager | Law.com | Law360 | ECourts Login | Motion Days | NJ C... | NJ Court Motion R...




# AQUA-GS1 Survival Kit

The AQUA-GS1 uses a power-free, lab-tested, 4-stage micro-filtration system to turn rivers, lakes, and rainwater into safe drinking water for your family instantly.

- ✓ Works when the power grid fails
- ✓ Removes 99.99% of contaminants
- ✓ Never expires, backed for life
- ✓ Provides up to 1,500 gallons of clean water
- ✓ Scientifically developed & lab-tested
- ✓ Ultra-light & portable

| Pack | Price | Original price |
|---|---|---|
| Single Pack | $79.99 | ~~$99.00~~ |
| Two Pack | $139.99 | ~~$198.00~~ |
| MOST POPULAR – Three Pack | $199.99 | ~~$297.00~~ |
| Family Pack | $324.99 | ~~$594.00~~ |

What tools are included in this kit?

LIMITED TIME | EACH PURCHASE INCLUDES:

**The Ultimate Survival ebook** ~~$30~~ FREE
Essential crisis skills & self-reliance made simple.

Save $19.01 off the original price

Search | 56°F Sunny | 9:33 AM 11/20/2026


AQUA-GS1 Survival Kit – Guard Su
https://guardsurvival.com/products/aqua-gs1
iManage Work
Orion Law Orion L...
Westlaw Sign In | T...
Box
Walsh Intranet - H...
iManage Share
NHC CommPortal...
Sign In | ADP WFN...
CE Manager
Law.com
Law360
ECourts Login
Motion Days | NJ C...
NJ Court Motion R...
Chat
GUARD SURVIVAL
MILITARY GRADE
LAB TESTED
1 GAL
GRAVITY-FED WATER SYSTEM
LIFETIME WARRANTY
90-DAY GUARANTEE
TRUSTED BY 10,000+ CUSTOMERS
AQUA-GS1 Survival Kit
The AQUA-GS1 uses a power-free, lab-tested, 4-stage micro-filtration system to turn rivers, lakes, and rainwater into safe drinking water for your family instantly.
Works when the power grid fails
Removes 99.99% of contaminants
Never expires, backed for life
Provides up to 1,500 gallons of clean water
Scientifically developed & lab-tested
Ultra-light & portable
Single Pack
$79.99
$99.00
Two Pack
$139.99
$198.00
MOST POPULAR
Three Pack
$199.99
$297.00
Family Pack
$324.99
$594.00
What tools are included in this kit?
Save $19.01 off the original price
LIMITED TIME | EACH PURCHASE INCLUDES:
The Ultimate Survival ebook
Essential crisis skills & self-reliance made simple.
$30 FREE
Search
56°F
Sunny
9:33 AM
11/20/2026

AQUA-GS1 Survival Kit – Guard Su ×

https://guardsurvival.com/products/aqua-gs1

iManage Work | Orion Law Orion L... | Westlaw Sign In | T... | Box | Walsh Intranet - H... | iManage Share | NHC CommPortal... | Sign In | ADP WFN... | CE Manager | Law.com | Law360 | ECourts Login | Motion Days | NJ C... | NJ Court Motion R...







What tools are included in this kit?

Need help deciding?

# AQUA-GS1 Survival Kit

The AQUA-GS1 uses a power-free, lab-tested, 4-stage micro-filtration system to turn rivers, lakes, and rainwater into safe drinking water for your family instantly.

- ✓ Works when the power grid fails
- ✓ Removes 99.99% of contaminants
- ✓ Never expires, backed for life
- ✓ Provides up to 1,500 gallons of clean water
- ✓ Scientifically developed & lab-tested
- ✓ Ultra-light & portable

**Single Pack**
$79.99
~~$99.00~~

**Two Pack**
$139.99
~~$198.00~~

MOST POPULAR
**Three Pack**
$199.99
~~$297.00~~

**Family Pack**
$324.99
~~$594.00~~

LIMITED TIME | EACH PURCHASE INCLUDES:

**The Ultimate Survival ebook** ~~$30~~ FREE
Essential crisis skills & self-reliance made simple.

56°F 9:40 AM

AQUA-GS1 Survival Kit – Guard Su ×

https://guardsurvival.com/products/aqua-gs1

iManage Work | Orion Law Orion L... | Westlaw Sign In | T... | Box | Walsh Intranet - H... | iManage Share | NHC CommPortal... | Sign In | ADP WFN... | CE Manager | Law.com | Law360 | ECourts Login | Motion Days | NJ C... | NJ Court Motion R...







What tools are included in this kit?

Need help deciding?

# AQUA-GS1 Survival Kit

The AQUA-GS1 uses a power-free, lab-tested, 4-stage micro-filtration system to turn rivers, lakes, and rainwater into safe drinking water for your family instantly.

- ✓ Works when the power grid fails
- ✓ Removes 99.99% of contaminants
- ✓ Never expires, backed for life
- ✓ Provides up to 1,500 gallons of clean water
- ✓ Scientifically developed & lab-tested
- ✓ Ultra-light & portable

| | |
|---|---|
| **Single Pack** $79.99 ~~$99.00~~ | **Two Pack** $139.99 ~~$198.00~~ |
| MOST POPULAR **Three Pack** $199.99 ~~$297.00~~ | **Family Pack** $324.99 ~~$594.00~~ |

LIMITED TIME | EACH PURCHASE INCLUDES:

**The Ultimate Survival ebook** ~~$30~~ FREE
Essential crisis skills & self-reliance made simple.

Search | 56°F Sunny | 9:40 AM 11/20/2026

AQUA-GS1 Survival Kit – Guard Su

https://guardsurvival.com/products/aqua-gs1

iManage Work | Orion Law Orion L... | Westlaw Sign In | T... | Box | Walsh Intranet - H... | iManage Share | NHC CommPortal... | Sign In | ADP WFN... | CE Manager | Law.com | Law360 | ECourts Login | Motion Days | NJ C... | NJ Court Motion R...







# AQUA-GS1 Survival Kit

The AQUA-GS1 uses a power-free, lab-tested, 4-stage micro-filtration system to turn rivers, lakes, and rainwater into safe drinking water for your family instantly.

- ✓ Works when the power grid fails
- ✓ Removes 99.99% of contaminants
- ✓ Never expires, backed for life
- ✓ Provides up to 1,500 gallons of clean water
- ✓ Scientifically developed & lab-tested
- ✓ Ultra-light & portable

| | |
|---|---|
| **Single Pack** $79.99 ~~$99.00~~ | **Two Pack** $139.99 ~~$198.00~~ |
| MOST POPULAR **Three Pack** $199.99 ~~$297.00~~ | **Family Pack** $324.99 ~~$594.00~~ |

What tools are included in this kit?

Need help deciding?

LIMITED TIME | EACH PURCHASE INCLUDES:

**The Ultimate Survival ebook** Essential crisis skills & self-reliance made simple. ~~$30~~ FREE

Search

56°F Sunny

9:40 AM 11/20/2026

AQUA-GS1 Survival Kit – Guard Su

https://guardsurvival.com/products/aqua-gs1

iManage Work | Orion Law Orion L... | Westlaw Sign In | T... | Box | Walsh Intranet - H... | iManage Share | NHC CommPortal... | Sign In | ADP WFN... | CE Manager | Law.com | Law360 | ECourts Login | Motion Days | NJ C... | NJ Court Motion R...







# AQUA-GS1 Survival Kit

The AQUA-GS1 uses a power-free, lab-tested, 4-stage micro-filtration system to turn rivers, lakes, and rainwater into safe drinking water for your family instantly.

- ✓ Works when the power grid fails
- ✓ Removes 99.99% of contaminants
- ✓ Never expires, backed for life
- ✓ Provides up to 1,500 gallons of clean water
- ✓ Scientifically developed & lab-tested
- ✓ Ultra-light & portable

| | |
|---|---|
| Single Pack<br>$79.99<br>~~$99.00~~ | Two Pack<br>$139.99<br>~~$198.00~~ |
| MOST POPULAR<br>Three Pack<br>$199.99<br>~~$297.00~~ | Family Pack<br>$324.99<br>~~$594.00~~ |

What tools are included in this kit?

Need help deciding?

LIMITED TIME | EACH PURCHASE INCLUDES:

**The Ultimate Survival ebook** ~~$30~~ FREE
Essential crisis skills & self-reliance made simple.

Search

56°F Sunny 9:40 AM 11/20/2026


AQUA-GS1 Survival Kit – Guard Su
https://guardsurvival.com/products/aqua-gs1
PACKS DOWN SMALL
Weighs only 6 oz when empty
1 GAL
GRAVITY-FED WATER SYSTEM
GUARD SURVIVAL
AQUA-GS1 Survival Kit
The AQUA-GS1 uses a power-free, lab-tested, 4-stage micro-filtration system to turn rivers, lakes, and rainwater into safe drinking water for your family instantly.
Works when the power grid fails
Removes 99.99% of contaminants
Never expires, backed for life
Provides up to 1,500 gallons of clean water
Scientifically developed & lab-tested
Ultra-light & portable
Single Pack
$79.99
$99.00
Two Pack
$139.99
$198.00
MOST POPULAR
Three Pack
$199.99
$297.00
Family Pack
$324.99
$594.00
What tools are included in this kit?
Need help deciding?
LIMITED TIME | EACH PURCHASE INCLUDES:
The Ultimate Survival ebook
Essential crisis skills & self-reliance made simple.
$30 FREE
WHEN THE WATER STOPS FLOWING BE READY.
56°F
Sunny
9:41 AM
11/20/2026

AQUA-GS1 Survival Kit – Guard Su

https://guardsurvival.com/products/aqua-gs1

iManage Work | Orion Law Orion L... | Westlaw Sign In | T... | Box | Walsh Intranet - H... | iManage Share | NHC CommPortal... | Sign In | ADP WFN... | CE Manager | Law.com | Law360 | ECourts Login | Motion Days | NJ C... | NJ Court Motion R...







What tools are included in this kit?

Need help deciding?

# AQUA-GS1 Survival Kit

The AQUA-GS1 uses a power-free, lab-tested, 4-stage micro-filtration system to turn rivers, lakes, and rainwater into safe drinking water for your family instantly.

- ✓ Works when the power grid fails
- ✓ Removes 99.99% of contaminants
- ✓ Never expires, backed for life
- ✓ Provides up to 1,500 gallons of clean water
- ✓ Scientifically developed & lab-tested
- ✓ Ultra-light & portable

**Single Pack**
$79.99
~~$99.00~~

**Two Pack**
$139.99
~~$198.00~~

MOST POPULAR
**Three Pack**
$199.99
~~$297.00~~

**Family Pack**
$324.99
~~$594.00~~

LIMITED TIME | EACH PURCHASE INCLUDES:

**The Ultimate Survival ebook** ~~$30~~ FREE
Essential crisis skills & self-reliance made simple.

Search | 56°F Sunny | 9:41 AM 11/20/2026

AQUA-GS1 Survival Kit – Guard Su

https://guardsurvival.com/products/aqua-gs1

iManage Work | Orion Law Orion L... | Westlaw Sign In | T... | Box | Walsh Intranet - H... | iManage Share | NHC CommPortal... | Sign In | ADP WFN... | CE Manager | Law.com | Law360 | ECourts Login | Motion Days | NJ C... | NJ Court Motion R...

GUARD SURVIVAL EXPLORE THE SYSTEM

## What's Inside the AQUA-GS1

Click any component to learn more



GRAVITY BAG | FILTER CORE | HOSE | POUCH | MOUTHPIECE | SYRINGE | HANG LOOP

### 1-Gallon Gravity Bag

WATER COLLECTION & STORAGE

Durable, collapsible bag holds a full gallon of unfiltered water. Fill from any freshwater source and hang it up — gravity pushes water through the filter. No pumping required.

| | |
|---|---|
| 1 GAL<br>CAPACITY | 6 oz<br>WEIGHT EMPTY |
| BPA-Free<br>MATERIAL | Collapsible<br>PACKS FLAT |

## How It Works

Step 1 | What tools are included in this kit? | Step 4

### Fill From A

Need help deciding?

Dip the 1-gallon reservoir into any freshwater source — a stream,

Search

56°F Sunny

9:42 AM 11/20/2026

# EXHIBIT B

An official website of the United States government Here's how you know

TM $ My Sign in

## Trademark search

Home > Search results > Details

Help

General search 50057021

**Result 1 of 1** for 50057021

Search results Print/Save

### Trademark

AQUA-GS1

**Wordmark**
AQUA-GS1

**Serial number**
50057021

**Registration number**
N/A

**Filing date**
2026-08-18

**Registration date**
N/A

**Status**
LIVE PENDING

**Status date**
2026-08-18

**Registration type**
PRINCIPAL

**Case status**
New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Publication date**
N/A

**Class**
011

**TM Attorney**
N/A

**Law Office Assigned**
N/A

**TM5 Status**

Feedback

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

## Related Properties Information

N/A

## Goods and services

**Expand all**

IC 011: Water purification units; Water purifying apparatus; Water filtration and purification units and replacement cartridges and filters therefo... | **First Use Anywhere:** *June 08, 2026* | **First Use in Commerce:** *June 08, 2026*

## Current owner

### Name

Trinity Acquisitions Group LLC

### Address

11317 E Desert Vista Road
Scottsdale ARIZONA 85255
UNITED STATES

### Entity type

LIMITED LIABILITY COMPANY

### Organized

CALIFORNIA

### Ownership transitions

No assignments

## Mark information

### Mark literal element

AQUA-GS1

### Standard character claim

Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

### Mark type

TRADEMARK

### Mark drawing code

(4) Standard character drawing

### Description

N/A

### Translation

N/A

### Transliteration

N/A

Feedback

**Disclaimer**
N/A

**Design codes**
N/A

## Basis information

**Filed**
1(a)

**Currently**
1(a)

## Attorney information

**Name**
Clay McGurk

**Address**
The Law Office of Clay McGurk
2001 N Flower St
Santa Ana CALIFORNIA 92706
United States

**Primary email**
claymcgurk@gmail.com

**Docket number**
N/A

## Correspondence information

**Name**
Clay McGurk

**Address**
The Law Office of Clay McGurk
2001 N Flower St
Santa Ana CALIFORNIA 92706
United States

**Email**
claymcgurk@gmail.com

## Prosecution history and documents

Load Documents

**Date** 2026-08-18

**Description** APPLICATION FILING RECEIPT MAILED

**Document**

**Proceeding**

**Date** 2026-08-18

Feedback

Description NEW APPLICATION ENTERED

**Document**

Proceeding

Items per page: 5 1 – 2 of 2 |< < > >|

## Proceedings

N/A

## International registration (Section 66a)

N/A

## Foreign information

N/A

## Maintenance information

N/A

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com Subscribe

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Terms of Use
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Feedback

Follow us

An official website of the United States government Here's how you know



## Trademark search



General search 50133811

**Result 1 of 1** for 50133811



### Trademark

Guard Survival

**Wordmark**
GUARD SURVIVAL

**Serial number**
50133811

**Registration number**
N/A

**Filing date**
2026-09-28

**Registration date**
N/A

**Status**
LIVE PENDING

**Status date**
2026-09-28

**Registration type**
PRINCIPAL

**Case status**
New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Publication date**
N/A

**Class**
011

**TM Attorney**
N/A

**Law Office Assigned**
N/A

**TM5 Status**

Feedback

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

## Related Properties Information

N/A

## Goods and services

**Expand all**

IC 011: Water filtration apparatus; Water purification and filtration apparatus. | **First Use Anywhere:** *June 08, 2026* | **First Use in Commerce:** *June 08, 2026*

## Current owner

### Name

Trinity Acquisitions Group LLC

### Address

11317 E Desert Vista Road
Scottsdale ARIZONA 85255
UNITED STATES

### Entity type

LIMITED LIABILITY COMPANY

### Organized

CALIFORNIA

### Ownership transitions

No assignments

## Mark information

### Mark literal element

GUARD SURVIVAL

### Standard character claim

Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

### Mark type

TRADEMARK

### Mark drawing code

(4) Standard character drawing

### Description

N/A

### Translation

N/A

### Transliteration

N/A

Feedback

**Disclaimer**
N/A

**Design codes**
N/A

## Basis information

**Filed**
1(a)

**Currently**
1(a)

## Attorney information

**Name**
Clay McGurk

**Address**
The Law Office of Clay McGurk
2001 N FLower St
Santa Ana CALIFORNIA 92706
United States

**Primary email**
claymcgurk@gmail.com

**Docket number**
N/A

## Correspondence information

**Name**
Clay McGurk

**Address**
The Law Office of Clay McGurk
2001 N FLower St
Santa Ana CALIFORNIA 92706
United States

**Email**
claymcgurk@gmail.com

## Prosecution history and documents

Load Documents

Feedback

**Date** 2026-09-28

**Description** NEW APPLICATION OFFICE SUPPLIED DATA ENTERED

**Document**

**Proceeding**

**Date** 2026-09-28

Description APPLICATION FILING RECEIPT MAILED

Document

Proceeding

Date 2026-09-28

Description NEW APPLICATION ENTERED

Document

Proceeding

Items per page: 5 1 – 3 of 3 |< < > >|

## Proceedings

N/A

## International registration (Section 66a)

N/A

## Foreign information

N/A

## Maintenance information

N/A

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com Subscribe

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Terms of Use
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Feedback

Follow us

Feedback

# EXHIBIT C


https://guardsurvival.com
iManage Work
Orion Law Orion L...
Westlaw Sign In | T...
Box
Walsh Intranet - H...
iManage Share
Veterans Day Sale | Up to 65% Off + Free Shipping
GUARD SURVIVAL
VETERAN OWNED & OPERATED
When the Water Stops Flowing, Be Ready.
The AQUA-GS1 turns rivers, lakes, and rainwater into safe drinking water — no power, no batteries, no chemicals. Just clean water when your family needs it most.
17,000+
5-STAR REVIEWS
99.99%
CONTAMINANTS REMOVED
1,500 Gal
PER FILTER
SHOP NOW →
Shop Best Sellers
MILITARY GRADE TECHNOLOGY
VETERAN OWNED & OPERATED
1GAL
GRAVITY-FED WATER SYSTEM
1,500+ LITERS OF CLEAN WATER PER FILTER
BUILT TO WITHSTAND THE TOUGHEST CONDITIONS
TRUSTED BY VETERANS & FIRST RESPONDERS
Survival Starts With Water
© GUARD SURVIVAL
Free Shipping On All Orders | 90-Day Money-Back Guarantee
SURVIVAL VAULT
AQUA-GS1
Clean water from any freshwater source. No pump, no power.
Shop Now
GAL
GRAVITY-FED WATER SYSTEM
VETERAN OWNED & OPERATED
1,500+ GALLONS OF CLEAN WATER PER FILTER
BUILT TO WITHSTAND
Free Delivery
Free Shipping within US
Customer Support
Efficiency and reliability guaranteed.
Safe shopping
100% safe environment
Search
47°F
Sunny
1:44 PM
11/17/2026

# EXHIBIT D

WALSH
PIZZI
O'REILLY

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Marc D. Haefner
Direct Dial: (973) 757-1013
mhaefner@walsh.law

November 10, 2026

**Via Federal Express and Email** (Support@trysurvivalvault.com)
Evren Konakci, Matteo Mameri,
Pacific Commerce Group LLC
c/o Registered Agents Inc.
30 N. Gould Street, Suite R
Sheridan, WY 82801

**Re: Infringement of the Trademark, Logo, and Trade Dress of Trinity Acquisitions Group, LLC**

To Evren Konakci, Matteo Mameri, and Pacific Commerce Group LLC:

We are trademark counsel for Trinity Acquisitions Group, LLC ("Trinity"), an entity engaged in selling gravity assisted water filtration systems to the public. It has come to our client's attention that you are infringing Trinity's federally pending and common law trademarks to SURVIVAL GUARD and AQUA-GS1 (collectively the "Marks"), its associated logo for SURVIVAL GUARD (the "Logo"), and the trade dress of its goods (the "Trade Dress"). Trinity therefore demands that you immediately cease such infringing activity, desist from such infringing activity in the future, and comply with Trinity's other requirements set forth in this letter.

Trinity is the owner of the Mark, the Logo, and the Trade Dress in connection with these gravity-assisted water filtrations systems. The Trade Dress consists of the color and styling of the AQAU-GS1—e.g., the distinctive combination of shape, color scheme, graphics, layout, and overall appearance of the goods and their packaging. Trinity has been using the Mark, the Logo, and the Trade Dress in connection with these goods in the United States for more than five months. During this time, Trinity has run more than 400 ads on a variety of platforms and made sales in excess of $8,000,000 and garnered substantial national media attention and recognition. As a result of our client's use of the Marks, the Logo, and the Trade Dress and the high quality of its goods, they have become widely known throughout

the United States, and consumers closely identify the Marks, Logo, and Trade Dress with Trinity, and represent substantial, valuable goodwill.

Trinity is also the owner of pending applications for the Marks. *See* pending applications 50133811 and 50057021. Copies of Trinity's pending registrations are available at United States Patent and Trademark Office’s website. (https://www.uspto.gov/)

It has come to Trinity's attention that you are violating Trinity's rights by using trademarks, AQUA-GS1 and SURVIVAL VAULT, which are identical or substantially similar to the Marks. Further, your logo is substantially similar to the Logo, and trade dress that is substantially similar to the Trade Dress, in connection with its offering of goods that are essentially identical to those of Trinity.

In particular, you are using the name AQUA-GS1 to sell your gravity-assisted water filtration system:






Indeed, your website highlights the name AQUA-GS1 and then copies the look of Guard Survival's website down to using the same photo.

Further, you are using the name SURVIVAL VAULT which is deceptively similar to SURVIVAL GUARD to sell your gravity-assisted water filtration product:

SURVIVAL VAULT

GUARD SURVIVAL

Finally, you are using a deceptively similar logo to that of Trinity's to sell your product:

Your logo's overall design is substantially similar to that employed by Trinity (shown below) and is nearly indistinguishable when glanced in passing on a small screen.

Your use of the identical mark for AQUA-GS1, the substantially similar mark SURVIVAL VAULT, the logo, and the trade dress is likely to cause confusion. Federal trademark infringement under Section 32 of the Lanham Act, 15 U.S.C. § 1114, and false designation of origin and unfair competition under Section 43(a), 15 U.S.C. § 1125(a), are measured by identical standards: a claimant must show that it owns a valid and legally protectable mark and that the defendant's use is likely to cause confusion. *A & H Sportswear, Inc. v. Victoria's Secret Stores, Inc.*, 237 F.3d 198, 210–211 (3d Cir. 2000); *accord Sally Beauty Co. v. Beautyco, Inc.*, 304 F.3d 964, 972 (10th Cir. 2002). A likelihood of confusion exists when consumers viewing the junior user's mark would likely assume that its goods or services are associated with, sponsored by, or share a common source with those of the senior user. *A & H Sportswear*, 237 F.3d at 211–215. The Third Circuit assesses likelihood of confusion under the multi-factor *Lapp* test, which weighs the similarity of the marks, the strength of the owner's mark, the price of the goods and the care exercised by purchasers, the length of concurrent use without actual confusion, the defendant's intent in adopting its mark, evidence of actual confusion, and the similarity of the parties' trade and marketing channels. *Interpace Corp. v. Lapp, Inc.*, 721 F.2d 460, 462–463 (3d Cir. 1983); *A & H Sportswear*, 237 F.3d at 211–215. The Tenth Circuit weighs a parallel set of non-exhaustive factors—the similarity of the marks, the intent of the alleged infringer, evidence of actual confusion, the similarity of the products and manner of marketing, the degree of purchaser care, and the strength of the marks. *King of the Mountain Sports, Inc. v. Chrysler Corp.*, 185 F.3d 1084, 1089–1090 (10th Cir. 1999); *Sally Beauty Co.*, 304 F.3d at 972.

The single most important factor is the similarity of the marks, which is judged by the overall commercial impression the marks create rather than by a side-by-side comparison. *A & H Sportswear*, 237 F.3d at 215–216; *accord King of the Mountain Sports*, 185 F.3d at 1090 (similarity analyzed with regard to sight, sound, and meaning as encountered in the marketplace). Your adoption of a mark, logo, and trade dress so closely resembling our client's supports the inference that you intended to derive a benefit from Trinity's reputation and goodwill—itself a recognized indicator of a likelihood of confusion. *King of the Mountain Sports*, 185 F.3d at 1091–1093.

Your copying of the Trade Dress is independently actionable. Trade dress — the overall image and appearance of a product or its packaging, including features such as size, shape, color or color combinations, texture, and graphics — is protectable under Section 43(a) of the Lanham Act. *Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. 763, 764–776 (1992). To establish trade dress infringement, a claimant must show that its trade dress is distinctive — either inherently distinctive or having acquired distinctiveness through secondary meaning — and that the defendant's use is likely to cause confusion; the claimant also bears the burden of showing that the trade dress is non-functional. *Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. at 769; *Wal-Mart Stores, Inc. v. Samara Bros.*, 529 U.S. 205, 210–211 (2000). Because the Trade Dress is product color, it is protectable upon a showing of secondary meaning. *Qualitex Co. v. Jacobson Prods. Co.*, 514 U.S. 159, 162–163 (1995). Secondary meaning exists when, in the minds of the public, the primary significance of the trade dress is to identify the source of the product rather than the product itself. *Qualitex Co.*, 514 U.S. at 162–163; *accord Sally Beauty Co.*, 304 F.3d at 977–978. The Trade Dress is non-functional: its features are not essential to the use or purpose of the goods, and they do not affect the cost or quality. *TrafFix Devices, Inc. v. Mktg. Displays, Inc.*, 532 U.S. 23, 32–33 (2001). The same likelihood-of-confusion factors govern the Trade Dress claim, and the inquiry turns on the total image and impression the infringing product creates on an ordinary purchaser. *Sally Beauty Co.*, 304 F.3d at 979.

Collectively, your use of the substantially similar brand name, identical product name, substantially similar logo, and substantially similar trade dress, subjects you to liability for willful trademark infringement and false designation of origin and unfair competition in violation of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a).

Liability attached not only to the entity that is using the mark but any officer or director of the entity who “actually and substantially participates in the corporation's act of trademark infringement is personally liable under section 43(a), even though he acted as an agent of the corporation rather than on his own behalf.” *Elec. Lab'y Supply Co. v. Cullen*, 977 F.2d 798, 807 (3d Cir. 1992). Authorizing and approving the infringing acts is enough participation to trigger liability. *Donsco, Inc. v. Casper Corp.*, 587 F.2d 602, 606 (3d Cir. 1978). Thus, this letter is properly addressed to all three of you.

The remedies available to Trinity include immediate and permanent injunctive relief and, subject to the principles of equity, recovery of your profits, the damages

Trinity has sustained (which the court may increase up to three times the amount of actual damages), and the costs of the action, as well as reasonable attorney's fees in exceptional cases. 15 U.S.C.A. § 1117 (West). Trinity is not required to prove that your infringement was willful in order to recover your profits; while a defendant's mental state is a highly important equitable consideration, willfulness is not a precondition to an award of profits for a violation of Section 43(a). *Romag Fasteners, Inc v. Fossil, Inc.*, 590 U.S. 212, 215–16, 218-19 (2020); *accord Banjo Buddies, Inc. v. Renosky*, 399 F.3d 168, 171 (3d Cir. 2005). An accounting of the infringer's profits is an equitable remedy available to redress unjust enrichment and to deter infringement, and any one of those rationales will support it. *Banjo Buddies, Inc.*, 399 F.3d at 172–178; *accord W. Diversified Servs., Inc. v. Hyundai Motor Am., Inc.*, 427 F.3d 1269, 1272 (10th Cir. 2005).

In pursuing that accounting, Trinity need prove only your sales; the burden then shifts to you to prove any elements of cost or deduction it claims. 15 U.S.C.A. § 1117; *accord Klein-Becker USA, LLC v. Englert*, 711 F.3d 1153, 1162–1163 (10th Cir. 2013).

Trinity therefore demands that you immediately, and in no event later than Friday, November 13, 2026:

Cease and desist from all further use of AQUA-GS1, SURVIVAL VAULT, the infringing logo, the infringing trade dress, and any other mark, logo, trade dress, or designation likely to cause confusion with the Mark, the Logo, or the Trade Dress;

Destroy all materials in its possession, custody, or control bearing AQUA-GS1, SURVIVAL VAULT, the infringing logo, the infringing trade dress, or any designation likely to cause confusion with the Mark, the Logo, or the Trade Dress; and

Provide Trinity with a full and accurate accounting of all gross revenues, sales, and profits you have derived from your use of AQUA-GS1, SURVIVAL VAULT, the infringing logo, and the infringing trade dress, together with sufficient documentation and supporting information to verify those amounts.

Trinity further demands that you provide, by no later than the close of business on Thursday, November 12, 2026, written confirmation that you will comply with these demands.

You are advised that any failure or delay in complying with these demands will likely compound the damages for which you may be liable, and that your continued use after receipt of this letter may be considered as additional evidence of willful infringement supporting enhanced monetary relief. If Trinity does not receive a satisfactory and timely response, Trinity will seek all available injunctive and monetary relief, including an accounting and disgorgement of your profits.

The above is not an exhaustive statement of all the relevant facts and law. Trinity expressly reserves all of its legal and equitable rights and remedies, including the right to seek injunctive relief, an accounting of profits, and monetary damages.

Very truly yours,

Marc D. Haefner

FedEx

November 19, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 879934461869

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | T.Knowles | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | SHERIDAN, WY, |
| | | **Delivery date:** | Nov 11, 2026 10:21 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 879934461869 | **Ship Date:** | Nov 10, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

SHERIDAN, WY, US,

**Shipper:**

NEWARK, NJ, US,

**Reference** 2347-01

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx